UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| BRENDA CRAWFORD | ) | |
| | ) | |
| v. | ) | NO. 2:09-0004 |
| | ) | JUDGE ECHOLS |
| DOLGENCORP, INC., ET AL. | ) | |

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE